**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1332**

---

CLEVEN LEWIS ROBERSON,

Plaintiff - Appellant,

versus

JOHN E. POTTER, U.S. Government, PMG-CEO,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
822-MJG)

---

Submitted: June 19, 2002                   Decided: July 24, 2002

---

Before WIDENER, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Cleven Lewis Roberson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Cleven Lewis Roberson appeals the district court's order dismissing his action under the Freedom of Information Act and Privacy Act for failure to exhaust administrative remedies.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Roberson v. Potter</u>, No. CA-02-822-MJG (D. Md. Mar. 21, 2002).  We deny Roberson's motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>